**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

RONALD E. HARTKE,

      Petitioner,

v.                                                                    2:26-cv-1765-KCD-NPM

SECRETARY, DEPARTMENT OF
CORRECTIONS,

      Respondent.

---

**ORDER AND DIRECTIONS TO PLAINTIFF**

Petitioner Ronald E. Hartke initiated this action by filing a handwritten letter entitled, "Notice of Appeal/Petition for Review," in which he asks the Court to review two "orders from the State of Florida's Sixth District [Court] of Appeal." (Doc. 1). As best the Court can tell, Hartke seeks judicial review of two state court proceedings that, according to him, are interrelated and were both affirmed on appeal: (1) an "adjudicatory trial" involving a dependent (case numbers 23-DP-278 and 6D2024-0310); and (2) Hartke's criminal judgment and sentence (case numbers 23-CF-016532 and 6D2024-0093).

To the extent Hartke is seeking to challenge his convictions or sentences stemming from his state criminal case (23-CF-016532 and 6D2024-0093), the appropriate course of action would be to file a petition for habeas corpus relief under 28 U.S.C. § 2254. Rule 2(d) of the Rules Governing Section 2254 Cases

in the United States District Courts requires that a petition "substantially follow either the form appended to [the] rules or a form prescribed by a local district-court rule." Here, the standard, pre-printed section 2254 form would be more helpful to the Court in evaluating Hartke's habeas claims, if he intends to file such claims. This is particularly true when, as here, it is not clear whether the petition is timely or the claims exhausted. Therefore, within **TWENTY-ONE (21) DAYS** of the date of this Order, Hartke must amend and refile his petition on the section 2254 form attached to this Order. He should include all his claims in the amended petition.

Additionally, Hartke has not paid the $5.00 habeas corpus filing fee or filed a motion to proceed in forma pauperis ("IFP"). Thus, to the extent Hartke wishes to proceed by filing an amended petition consistent with the Court's Order herein, he must, within **TWENTY-ONE (21) DAYS** of the date of this Order, either pay the $5.00 habeas corpus filing fee, file a motion for leave to proceed IFP, or seek an extension of time to do so.

The Court warns Hartke that his failure to submit an amended petition by the above deadline or explain his reasons for not complying with the deadline will result in dismissal of this action without further notice. A dismissal, even without prejudice, will not toll the applicable statute of limitations.

- 3 -

The **clerk** is directed to mail Hartke a copy of the Court's 28 U.S.C. §

2254 form and a copy of the Court's IFP form.

**ORDERED** on June 16 2026.

_____
Kyle C. Dudek
United States District Judge

Encl:   28 U.S.C. § 2254 form;
        IFP form